JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDIAPOINTE, INC. and AMHC, INC., <br><br> Defendants. | Case No. 2:22-cv-00982-MCS-AFM <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting Motion to Dismiss,

IT IS ADJUDGED that the Court dismisses all claims in Plaintiff Akamai Technologies, Inc.'s complaint without prejudice. Plaintiff shall take nothing from this action, and Defendants MediaPointe, Inc. and AMHC, Inc. are entitled to their costs of suit.

**IT IS SO ORDERED.**

Dated: August 31, 2022

                                MARK C. SCARSI
                                UNITED STATES DISTRICT JUDGE